HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
Mr. Campbell

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DESHAWN OSHAEA CAMPBELL,

    Defendant.

Case No. 2:21cr92-KJM

**STIPULATION AND [PROPOSED] ORDER TO MODIFY CONDITIONS OF RELEASE**

Date: Current Hearing Date]
Time: [Enter Time Here]
Judge: Hon. Allison Claire

IT IS HEREBY STIPULATED and agreed by and between Acting United States Attorney Phillip A. Talbert, through Assistant United States Attorney Justin L. Lee, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Hootan Baigmohammadi, counsel for Defendant Deshawn Oshaea Campbell, that Mr. Campbell's conditions of release may be modified to (1) add Mr. Campbell's aunt, Trina Johnson, as a third-party custodian and surety to the currently set $50,000 unsecured bond; and (2) allow Mr. Campbell to attend the remembrance for his cousin, Dwayne Deshawn Edwards Sr., on July 10, 2021.

The parties specifically stipulate as follows:

1. On April 23, 2021, The Court imposed an unsecured bond in the amount of $50,000 in this matter. Mr. Campbell's sister, Brittany Carpentar, and mother, Latonya Johnson are the approved sureties and third-party custodians. Mr. Campbell must reside at a location

approved by pre-trial services and not move from his residence without prior approval from pre-trial services.  He is also subject to home confinement.

2. Mr. Campbell has been fully compliant on bond.

3. Mr. Campbell has lived with his sister and mother for the duration of his pre-trial release. He seeks to change his residence and live with his aunt, Trina.

4. Pre-trial Services Officer Darryl Walker and AUSA Lee do not object to Mr. Campbell changing residences to live with his aunt, Trina, so long as she is added as a surety and third-party custodian.

5. Mr. Campbell also requests that he be allowed to attend a remembrance on July 10, 2021 to celebrate the life of his cousin, Mr. Edwards.  Including travel time, Mr. Campbell asks to be allowed to leave his residence from 10:00 a.m. to 8 p.m. The remembrance will take place at Dallas Ranch Park, 1137 Prewett Ranch Drive, Antioch, CA 94531.

6. Mr. Campbell's family, including his sureties and third-party custodians (sister and mother) will attend the remembrance.  Mr. Campbell's proposed surety and third-party custodian (Aunt Trina) will also attend.

7. Mr. Edwards for all intents and purposes was an older brother to Mr. Campbell.  Their grandmother raised them together in the same home from Mr. Campbell's infancy until Mr. Campbell turned 15 years old. At that point, Mr. Edwards reached the age of majority and moved out of the house.  Mr. Campbell and Mr. Edwards remained close until Mr. Edwards passed on July 9, 2020.

8. PTSO Walker and AUSA Lee do not object to Mr. Campbell attending Mr. Edwards' remembrance.

9. Therefore, Mr. Campbell respectfully requests the Court to order that (1) Mr. Campbell's aunt, Trina Johnson, be added as a surety to the previously imposed $50,000 unsecured bond and as a third-party custodian;[1] and (2) Mr. Campbell be allowed to attend the

---

[1] Should the Court issue the order, Mr. Campbell will provide the necessary bond paperwork forthwith.

remembrance for his cousin, Dwayne Deshawn Edwards Sr., on July 10, 2021 from 10:00 a.m. to 8:00 p.m. at Dallas Ranch Park, 1137 Prewett Ranch Drive, Antioch, CA 94531.

                Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: July 1, 2021                 */s/ Hootan Baigmohammadi*
                                        HOOTAN BAIGMOHAMMADI
                                        Assistant Federal Defender
                                        Attorneys for Defendant
                                        Mr. Campbell

Date: July 1, 2021                 PHILLIP A. TALBERT
                                        United States Attorney

                                        */s/ Justin L. Lee*
                                        JUSTIN L. LEE
                                        Assistant United States Attorney
                                        Attorneys for Plaintiff

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: July 2, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE