HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
Mr. Campbell

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21cr92-KJM |
| Plaintiff, | **STIPULATION AND ORDER TO MODIFY CONDITIONS OF RELEASE** |
| vs. | |
| DESHAWN OSHAEA CAMPBELL, | Judge: Hon. Carolyn K. Delaney |
| Defendant. | |

IT IS HEREBY STIPULATED and agreed by and between Acting United States Attorney Phillip A. Talbert, through Assistant United States Attorney Justin L. Lee, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Hootan Baigmohammadi, counsel for Defendant Deshawn Oshaea Campbell that:

1. On April 23, 2021, The Court imposed an unsecured bond in the amount of $50,000. ECF no. 4.

2. Home detention is a condition of Mr. Campbell's release. ECF no. 8, Special Condition #12.

3. Mr. Campbell respectfully requests that the Court modify his home detention condition to a curfew with the following language:

      a. CURFEW: You must remain inside your residence every day from 8:00 p.m. to 6:00 a.m., or as adjusted by the pretrial services officer for medical, religious services, or court-ordered obligations.

4. The assigned pretrial services Officer, Darryl Walker, and AUSA Lee do not object to Mr. Campbell's request.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: October 21, 2021

*/s/ Hootan Baigmohammadi*
HOOTAN BAIGMOHAMMADI
Assistant Federal Defender
Attorneys for Defendant
Mr. Campbell

Date: October 21, 2021

PHILLIP A. TALBERT
Acting United States Attorney

*/s/ Justin L. Lee*
JUSTIN L. LEE
Assistant United States Attorney
Attorneys for Plaintiff

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated:  October 22, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

Stipulation and [Proposed] Order to Modify
Conditions of Release                                    -3-                          *United States v. Campbell*,
                                                                                                          2:21-CR-92-KJM