1   HEATHER E. WILLIAMS, SBN 122664
    Federal Defender
2   HOOTAN BAIGMOHAMMADI, SBN 279105
    Assistant Federal Defender
3   Designated Counsel for Service
    801 I Street, Third Floor
4   Sacramento, CA 95814
    T: (916) 498-5700
5   F: (916) 498-5710

6   Attorneys for Defendant
    Mr. Campbell

7

8                   IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

    UNITED STATES OF AMERICA,          )  Case No.  2:21cr92-KJM
11                                      )
                 Plaintiff,             )  **STIPULATION AND [~~PROPOSED~~] ORDER TO**
12                                      )  **MODIFY CONDITIONS OF RELEASE**
                 vs.                    )
13                                      )  Date:
    DESHAWN OSHAEA                      )  Time:
14  CAMPBELL,                           )  Judge: Hon. Allison Claire
                                        )
15  _____Defendant._____     )

16       IT IS HEREBY STIPULATED and agreed by and between Acting United States

17  Attorney Phillip A. Talbert, through Assistant United States Attorney Justin L. Lee, counsel for

18  Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Hootan

19  Baigmohammadi, counsel for Defendant Deshawn Oshaea Campbell that:

20       1.  On April 23, 2021, The Court imposed an unsecured bond in the amount of $50,000.

21           ECF no. 4.

22       2.  Home detention was a condition of Mr. Campbell's release. ECF no. 8, Special Condition

23           #12.

24       3.  On October 22, 2021, per ECF no. 26, the Court modified Mr. Campbell's home

25           detention condition to a curfew with the following details.

26

27

28

1        a.  CURFEW: You must remain inside your residence every day from 8:00 p.m. to

2        6:00 a.m., or as adjusted by the pretrial services officer for medical, religious

3        services, or court-ordered obligations.

4    4.  Mr. Campbell respectfully moves for the Court to modify his curfew condition to read as

5      follows.

6        a.  CURFEW: You must remain inside your residence every day from 8:00 p.m. to

7        6:00 a.m., or as adjusted by the pretrial services officer for medical, religious

8        services, **employment**, or court-ordered obligations.

9    5.  The assigned pretrial services Officer, Darryl Walker, and AUSA Lee do not object to

10     Mr. Campbell's request.

11

12       Respectfully submitted,

13       HEATHER E. WILLIAMS
         Federal Defender

14   Date: November 17, 2021    */s/  Hootan Baigmohammadi*
         HOOTAN BAIGMOHAMMADI

15       Assistant Federal Defender
         Attorneys for Defendant

16       Mr. Campbell

17

18   Date: November 17, 2021    PHILLIP A. TALBERT

19       Acting United States Attorney

20       */s/ Justin L. Lee*

21       JUSTIN L. LEE
         Assistant United States Attorney

22       Attorneys for Plaintiff

23

24

25

26

27

28

Stipulation and [Proposed] Order to Modify
Conditions of Release    -2-    *United States v. Campbell,*
2:21-CR-92-KJM

1

## **O R D E R**

2          The Court, having received and considered the parties' stipulation, and good cause

3  appearing therefrom, adopts the parties' stipulation in its entirety as its order.

4

5  IT IS SO ORDERED.

6

7  Dated: November 17, 2021

8                                                                                    _____
                                                                                     ALLISON CLAIRE
9                                                                                    UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28