HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
Mr. Campbell

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-CR-92-KJM |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |
| vs. | Date: January 10, 2022 |
| DESHAWN OSHAEA CAMPBELL, | Time: 9:00 a.m. |
| | Judge: Hon. Kimberly J. Mueller |
| Defendant. | |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Phillip A. Talbert, through Assistant United States Attorney Justin L. Lee, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Hootan Baigmohammadi, counsel for Defendant Deshawn Oshaea Campbell, that the status hearing currently set for January 10, 2022 at 9:00 a.m. be continued to February 28, 2022 at 9:00 a.m.

The parties specifically stipulate as follows:

1. By previous order, this matter was set for a status on January 10, 2022 at 9:00 a.m.
2. Mr. Campbell now moves to continue the status conference to February 28, 2022 at 9:00 a.m.
3. The government has produced 389 pages and an audio file in discovery to Mr. Campbell.
4. The defense requires additional time to review the discovery; investigate and research possible defenses; research potential pretrial motions; consult with Mr. Campbell;

1. explore potential resolutions to the case; and otherwise prepare for trial.

5. Defense counsel believes that failure to grant the requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  *See* U.S.C. § 3161(h)(7)(B)(iv).

6. The government does not object to the continuance.

7. The parties jointly request the Court to find that the ends of justice served by granting the continuance outweighs the best interest of the public and Mr. Campbell in a speedy trial; and for the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (Speedy Trial Act), that the time period between January 10, 2022 and February 28, 2022 inclusive, be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A) (Local Code T4).

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: January 4, 2022

*/s/  Hootan Baigmohammadi*
HOOTAN BAIGMOHAMMADI
Assistant Federal Defender
Attorneys for Defendant
Mr. Campbell

Date: January 4, 2022

PHILLIP A. TALBERT
United States Attorney

*/s/ Justin L. Lee*
JUSTIN L. LEE
Assistant United States Attorney
Attorneys for Plaintiff

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

DATED: January 12, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE