HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
Mr. Campbell

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DESHAWN OSHAEA CAMPBELL,<br><br>Defendant. | Case No. 2:21cr92-KJM<br><br>**STIPULATION AND ORDER TO CONTINUE EVIDENTIARY HEARING RE: REVOCATION OF PRETRIAL RELEASE**<br><br>Date: March 25, 2022<br>Time: 9:00 a.m.<br>Judge: Hon. Deborah Barnes |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Phillip A. Talbert, through Assistant United States Attorney Justin L. Lee, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Hootan Baigmohammadi, counsel for Defendant Deshawn Oshaea Campbell, that the evidentiary hearing currently set for March 25, 2022 at 2:00 p.m. be continued to April 22, 2022 at 2:00 p.m.

The parties specifically stipulate as follows:

1. Mr. Campbell has been on pretrial release since April 23, 2021. ECF no. 4.

2. A pretrial release violation petition was filed on April 3, 2022 alleging that Mr. Campbell gave a urine sample on February 7, 2022 that tested positive for fentanyl in violation of the special condition of release that he not use a narcotic or controlled substance without a prescription. ECF no. 35.

3. Mr. Campbell made his initial appearance out of custody on the pretrial release

revocation petition on March 4, 2022 before the Honorable Jeremy D. Peterson. ECF no. 36. *Id*. Mr. Campbell denied the allegation and requested a hearing pursuant to 18 U.S.C. §§ 3142(f)(2)(B) & 3148(b). *See id.* The Court set an evidentiary hearing for March 25, 2022 and ordered that Mr. Campbell remain on pretrial release. *Id*.

4. Mr. Campbell has hired an expert to restest a portion of his urine sample. The expert indicates that it will take two weeks from receipt of the sample to complete a restest and prepare for the evidentiary hearing.

5. The government-contracted laboratory that originally tested the sample will not release a portion of the sample to a third-party without a court order. Mr. Campbell is currently awaiting a response from the laboratory asking them to verify that the language in his proposed order is sufficient for them to release the sample and to provide an estimate regarding how long it will take the laboratory to send a portion of the urine sample to Mr. Campbell's expert. The government has indicated they will not oppose the proposed order to release a portion of his urine sample.

6. For the reasons set forth above, and in order for Mr. Campbell to adequately prepare to contest the allegation in the pretrial release petition, he respectfully requests that the Court continue the evidentiary hearing currently set for March 25, 2022 at 2:00 p.m. to April 22, 2022 at 2:00 p.m.

7. The government does not oppose Mr. Campbell's request to continue the evidentiary hearing.

8. Time under the Speedy Trial Act has already been excluded through May 23, 2022. ECF no 34.

//
//
//
//
//

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: March 23, 2022

*/s/ Hootan Baigmohammadi*
HOOTAN BAIGMOHAMMADI
Assistant Federal Defender
Attorneys for Defendant
Mr. Campbell

Date: March 23, 2022

PHILLIP A. TALBERT
United States Attorney

*/s/ Justin L. Lee*
JUSTIN L. LEE
Assistant United States Attorney
Attorneys for Plaintiff

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

DATED: March 23, 2022  /s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE