HEATHER E. WILLIAMS, #122664
Federal Defender
HOOTAN BAIGMOHAMMADI, #279105
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710

Attorney for Defendant
DESHAWN OSHAEA CAMPBELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DESHAWN OSHAEA CAMPBELL,<br><br>Defendant. | Case No. 2:21-CR-92-KJM<br><br>**ORDER TO RELEASE URINE SAMPLE**<br><br>Judge: Honorable Kendall J. Newman |

**ORDER**

Based on the unopposed request by Mr. Campbell, through counsel, and good cause appearing therefrom, the Court hereby orders Alere Toxicology Services, Inc., also known as Abbott Labs, to release at least 2 ccs of Mr. Campbell's urine sample collected on February 7, 2022 to Alan Wu, Ph.D. The addresses of both parties and the urine sample identifiers are as follows.

Alere Toxicology Laboratory - Richmond Facility
Attn: Mark Wuest/Aimee Halphen
450 Southlake Blvd.
Richmond, VA 23236

Specimen ID: B04836247
Lab # : 126112414 / 126112415
Donor: Campbell – 7373941
Date of Collection:     02/07/2022
Reported Date:          02/23/2022 Opiate Analysis
Reported Date:          02/25/2022 Fentanyl Analysis


Alan Wu, Ph.D.
Zuckerberg San Francisco General
1001 Potrero Ave. Room 2M27, Building #5
San Francisco, CA 94110


Dated:  March 31, 2022

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE