HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
Mr. Campbell

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:21cr92-KJM |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE EVIDENTIARY HEARING RE: REVOCATION OF PRETRIAL RELEASE** |
| vs. | |
| DESHAWN OSHAEA CAMPBELL, | Date: April 22, 2022<br>Time: 9:00 a.m.<br>Judge: Hon. Allison Claire |
| Defendant. | |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Phillip A. Talbert, through Assistant United States Attorney Justin L. Lee, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Hootan Baigmohammadi, counsel for Defendant Deshawn Oshaea Campbell, that the evidentiary hearing currently set for April 22, 2022 at 2:00 p.m. be continued to May 13, 2022 at 2:00 p.m.

The parties specifically stipulate as follows:

1. Mr. Campbell has been on pretrial release since April 23, 2021. ECF no. 4.

2. A pretrial release violation petition was filed on April 3, 2022 alleging that Mr. Campbell gave a urine sample on February 7, 2022 that tested positive for fentanyl in violation of the special condition of release that he not use a narcotic or controlled substance without a prescription. ECF no. 35.

3. Mr. Campbell made his initial appearance out of custody on the pretrial release

revocation petition on March 4, 2022 before the Honorable Jeremy D. Peterson. ECF no. 36. *Id*. Mr. Campbell denied the allegation and requested a hearing pursuant to 18 U.S.C. §§ 3142(f)(2)(B) & 3148(b). *See id.* The Court set an evidentiary hearing for March 25, 2022 and ordered that Mr. Campbell remain on pretrial release. *Id*.

4. The evidentiary hearing was previously continued to April 22, 2022 in order to provide Mr. Campbell with adequate time to retest a portion of his urine sample.

5. Mr. Campbell requests a further continuance to May 13, 2022. The government-contracted laboratory that originally tested the sample would not release a portion of the sample to a third-party without a court order. This delayed the opportunity for Mr. Campbell's expert to perform the necessary retest and he needs additional time to do so. Furthermore, May 13, 2022 is the earliest date that both parties are available to reschedule the evidentiary hearing.

6. For the reasons set forth above, Mr. Campbell respectfully requests that the Court continue the evidentiary hearing currently set for April 22, 2022 at 2:00 p.m. to May 13, 2022 at 2:00 p.m.

7. The government does not oppose Mr. Campbell's request to continue the evidentiary hearing.

8. The May 13, 2022 date has been cleared with PTSO Walker.

9. Time under the Speedy Trial Act has already been excluded through May 23, 2022. ECF no 34.

//
//
//
//
//
//
//

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: April 19, 2022

*/s/ Hootan Baigmohammadi*
HOOTAN BAIGMOHAMMADI
Assistant Federal Defender
Attorneys for Defendant
Mr. Campbell

Date: April 19, 2022

PHILLIP A. TALBERT
United States Attorney

*/s/ Justin L. Lee*
JUSTIN L. LEE
Assistant United States Attorney
Attorneys for Plaintiff

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

DATED: April 20, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE