HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
Mr. Campbell

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21cr92-DJC |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |
| vs. | |
| | Date: |
| DESHAWN OSHAEA CAMPBELL, | Time |
| | Judge: Hon. Daniel J. Calabretta |
| Defendant. | |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney

Phillip A. Talbert, through Assistant United States Attorney Justin L. Lee, counsel for Plaintiff,

and Federal Defender Heather Williams, through Assistant Federal Defender Hootan

Baigmohammadi, counsel for Defendant Deshawn Oshaea Campbell, that a status conference be

set for June 29, 2023 at 9:00 a.m.

The parties specifically stipulate as follows:

1. By previous order, a status conference was set for April 24, 2023 at 9:00 a.m.

2. On April 4, 2023, the case was reassigned to Judge Calabretta and the status conference was vacated.

3. Mr. Campbell now moves to the Court to set a status conference for June 29, 2023 at 9:00 a.m.

4. Mr. Campbell was arraigned on May 21, 2021. The government has produced 389 pages

1    and an audio file in discovery to Mr. Campbell related to the felon in possession of a

2    firearm charged in the indictment in this case.

3    5.   On August 7, 2022, in Sacramento County, while on federal pretrial release, Mr.

4    Campbell was arrested and charged with various state charges related to possession of a

5    firearm.  *See* ECF no. 48.  Those state charges were later dismissed in lieu of federal

6    prosecution of the case.  In addition, the United States disclosed to Mr. Campbell that he

7    was the target of a fraud investigation in the Northern District of California.  Mr.

8    Campbell and the United States Attorney's Office for the Eastern District of California

9    are currently exploring the possibility of globally resolving all three matters.  The parties

10   need additional time to explore the potential for resolution.

11   6.   Defense counsel believes that failure to grant the requested continuance would deny him

12   the reasonable time necessary for effective preparation, taking into account the exercise

13   of due diligence.  *See* U.S.C. § 3161(h)(7)(B)(iv).

14   7.   The government does not object to the continuance.

15   8.   The parties jointly request the Court to find that the ends of justice served by granting the

16   continuance outweighs the best interest of the public and Mr. Campbell in a speedy trial;

17   and for the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (Speedy Trial Act),

18   that the time period through June 29, 2023 be deemed excludable pursuant to 18 U.S.C. §

19   3161(h)(7)(A) (Local Code T4).

20   //

21   //

22   //

23   //

24   //

25   //

26   //

27   //

28   //

Stipulation and Order to Continue Status
Conference and Exclude Time                                -2-                              *United States v. Campbell*,
2:21-CR-92-DJC

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: April 26, 2023          /s/  Hootan Baigmohammadi
                              HOOTAN BAIGMOHAMMADI
                              Assistant Federal Defender
                              Attorneys for Defendant
                              Mr. Campbell


Date: April 26, 2023          PHILLIP A. TALBERT
                              United States Attorney

                              /s/ Justin L. Lee
                              JUSTIN L. LEE
                              Assistant United States Attorney
                              Attorneys for Plaintiff

1

**O R D E R**

2          The Court, having received and considered the parties' stipulation, and good cause

3   appearing therefrom, adopts the parties' stipulation in its entirety as its order.

4

5   IT IS SO ORDERED.

6

7   Date:  April 26, 2023                          /s/ Daniel J. Calabretta

8                                                  THE HONORABLE DANIEL J. CALABRETTA
                                                   UNITED STATES DISTRICT JUDGE
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28