| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, SBN 122664 |
| | Federal Defender |
| 2 | HOOTAN BAIGMOHAMMADI, SBN 279105 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 801 I Street, Third Floor |
| 4 | Sacramento, CA 95814 |
| | T: (916) 498-5700 |
| 5 | F: (916) 498-5710 |
| 6 | Attorneys for Defendant |
| | Mr. Campbell |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21cr92-DJC |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |
| vs. | |
| DESHAWN OSHAEA CAMPBELL, | Date: June 29, 2023 |
| | Time: 9:00 a.m. |
| | Judge: Hon. Daniel J. Calabretta |
| Defendant. | |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Phillip A. Talbert, through Assistant United States Attorney Justin L. Lee, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Hootan Baigmohammadi, counsel for Defendant Deshawn Oshaea Campbell, that the status conference currently set for June 29, 2023 at 9:00 a.m. be continued to September 21, 2023 at 9:00 a.m.

The parties specifically stipulate as follows:

1. By previous order, a status conference was set for June 29, 2023 at 9:00 a.m.
2. Mr. Campbell now moves to the Court to set a status conference for September 21, 2023 at 9:00 a.m.
3. Mr. Campbell was arraigned on May 21, 2021 in the instant matter. The government has produced 389 pages and an audio file in discovery to Mr. Campbell.

4. On August 7, 2022, in Sacramento County, while on federal pretrial release, Mr. Campbell was arrested and charged with various state charges related to possession of a firearm. *See* ECF no. 48. Those state charges were later dismissed in lieu of federal prosecution of the case.

5. Additionally, the United States has disclosed to Mr. Campbell that he is the target of an active fraud investigation related to E.D.D. benefits.

6. Mr. Campbell and the government are currently exploring the possibility of globally resolving all three matters. The parties need additional time to explore the potential for resolution.

7. Defense counsel believes that failure to grant the requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* U.S.C. § 3161(h)(7)(B)(iv).

8. The government does not object to the continuance.

9. The parties jointly request the Court to find that the ends of justice served by granting the continuance outweighs the best interest of the public and Mr. Campbell in a speedy trial; and for the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (Speedy Trial Act), that the time period from June 29, 2023 through September 21, 2023 be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A) (Local Code T4).

//
//
//
//
//
//
//
//
//
//

|   |   |
|---|---|
|   | Respectfully submitted, |
|   | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: June 23, 2023 | */s/ Hootan Baigmohammadi*<br>HOOTAN BAIGMOHAMMADI<br>Assistant Federal Defender<br>Attorneys for Defendant<br>Mr. Campbell |
| Date: June 23, 2023 | PHILLIP A. TALBERT<br>United States Attorney<br><br>*/s/ Justin L. Lee*<br>JUSTIN L. LEE<br>Assistant United States Attorney<br>Attorneys for Plaintiff |

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

**IT IS SO ORDERED**.

Dated:  June 23, 2023

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE