1  HEATHER E. WILLIAMS, SBN 122664
   Federal Defender
2  HOOTAN BAIGMOHAMMADI, SBN 279105
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, Third Floor
4  Sacramento, CA 95814
   T: (916) 498-5700
5  F: (916) 498-5710

6  Attorneys for Defendant
   Mr. Campbell

7

8                IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

    UNITED STATES OF AMERICA,        ) Case No.  2:21cr92-DJC
11                                    )
                  Plaintiff,          ) **STIPULATION AND ORDER TO CONTINUE**
12                                    ) **STATUS CONFERENCE AND EXCLUDE TIME**
                  vs.                 )
13                                    ) Date:   September 21, 2023
    DESHAWN OSHAEA                    ) Time    9:00 a.m.
14  CAMPBELL,                         ) Judge: Hon. Daniel J. Calabretta
                                      )
15  _____Defendant._____  )

16       IT IS HEREBY STIPULATED and agreed by and between United States Attorney

17  Phillip A. Talbert, through Assistant United States Attorney Justin L. Lee, counsel for Plaintiff,

18  and Federal Defender Heather Williams, through Assistant Federal Defender Hootan

19  Baigmohammadi, counsel for Defendant Deshawn Oshaea Campbell, that the status conference

20  currently set for September 21, 2023 at 9:00 a.m. be continued to December 7, 2023 at 9:00 a.m.

21       The parties specifically stipulate as follows:

22    1. By previous order, a status conference was set for September 21, 2023 at 9:00 a.m.

23    2. Mr. Campbell now moves to the Court to set a status conference for December 7, 2023 at

24       9:00 a.m.

25    3. Mr. Campbell was arraigned on May 21, 2021 in the instant matter.  The government has

26       produced 389 pages and an audio file in discovery to Mr. Campbell.

27

28

4. On August 7, 2022, in Sacramento County, while on federal pretrial release, Mr. Campbell was arrested and charged with various state charges related to possession of a firearm. *See* ECF no. 48. Those state charges were later dismissed in lieu of federal prosecution of the case.

5. Additionally, the United States has disclosed to Mr. Campbell that he is the target of an active fraud investigation related to E.D.D. benefits.

6. Mr. Campbell and the government are currently exploring the possibility of globally resolving all three matters. The parties need additional time to explore the potential for resolution.

7. Defense counsel believes that failure to grant the requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* U.S.C. § 3161(h)(7)(B)(iv).

8. The government does not object to the continuance.

9. The parties jointly request the Court to find that the ends of justice served by granting the continuance outweighs the best interest of the public and Mr. Campbell in a speedy trial; and for the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (Speedy Trial Act), that the time period from September 21, 2023 through December 7, 2023 be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A) (Local Code T4).

//
//
//
//
//
//
//
//
//
//

Stipulation and Order to Continue Status
Conference and Exclude Time                    -2-                    *United States v. Campbell,*
2:21-CR-92-DJC

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: September 18, 2023          */s/  Hootan Baigmohammadi*
                                  HOOTAN BAIGMOHAMMADI
                                  Assistant Federal Defender
                                  Attorneys for Defendant
                                  Mr. Campbell

Date: September 18, 2023          PHILLIP A. TALBERT
                                  United States Attorney

                                  */s/ Justin L. Lee*
                                  JUSTIN L. LEE
                                  Assistant United States Attorney
                                  Attorneys for Plaintiff

1

**O R D E R**

2          The Court, having received and considered the parties' stipulation, and good cause

3    appearing therefrom, adopts the parties' stipulation in its entirety as its order.

4

5    IT IS SO ORDERED.

6

7    Dated:  September 18, 2023                    /s/ Daniel J. Calabretta

8                                                                THE HONORABLE DANIEL J. CALABRETTA
                                                                 UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28