HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
Mr. Campbell

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:21cr92-DJC |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |
| vs. | ) |
| DESHAWN OSHAEA CAMPBELL, | ) Date: December 11, 2023<br>) Time: 9:00 a.m.<br>) Judge: Hon. Daniel J. Calabretta |
| Defendant. | ) |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Phillip A. Talbert, through Assistant United States Attorney Justin L. Lee, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Hootan Baigmohammadi, counsel for Defendant Deshawn Oshaea Campbell, that the status conference currently set for December 11, 2023 at 9:00 a.m. be continued to January 25, 2024 at 9:00 a.m.

The parties specifically stipulate as follows:

1. By previous order, a status conference was set for December 11, 2023 at 9:00 a.m.

2. Mr. Campbell now moves to the Court to set a status conference for January 25, 2024 at 9:00 a.m.

3. Mr. Campbell was arraigned on May 21, 2021 in the instant matter. The government has produced 389 pages and an audio file in discovery to Mr. Campbell.

4. On August 7, 2022, in Sacramento County, while on federal pretrial release, Mr. Campbell was arrested by state authorities and charged in superior court with various firearms offenses. *See* ECF no. 48. Those state charges were later dismissed in lieu of federal prosecution of the case.

5. Additionally, the United States has disclosed to Mr. Campbell that he is the target of an active fraud investigation related to E.D.D. benefits. The government has discovered some evidence pertaining to the allegation to Mr. Campbell and the investigation is ongoing.

6. The parties need additional time to explore the possibility of globally resolving all three matters. Denying the continuance request would prejudice the government's investigation and prejudice Mr. Campbell by forcing him to try and resolve one pending federal case with others potentially coming down the pike.

7. Defense counsel believes that failure to grant the requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* U.S.C. § 3161(h)(7)(B)(iv).

8. The government does not object to the continuance.

9. The parties jointly request the Court to find that the ends of justice served by granting the continuance outweighs the best interest of the public and Mr. Campbell in a speedy trial; and for the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (Speedy Trial Act), that the time period from December 11, 2023 through January 25, 2024 be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A) (Local Code T4).

//
//
//
//
//
//
//

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: December 4, 2023

/s/ Hootan Baigmohammadi
HOOTAN BAIGMOHAMMADI
Assistant Federal Defender
Attorneys for Defendant
Mr. Campbell

Date: December 4, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ Justin L. Lee
JUSTIN L. LEE
Assistant United States Attorney
Attorneys for Plaintiff

Stipulation and Order to Continue Status
Conference and Exclude Time

-3-

*United States v. Campbell*,
2:21-CR-92-DJC

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated:  December 5, 2023          /s/ Daniel J. Calabretta
                                  THE HONORABLE DANIEL J. CALABRETTA
                                  UNITED STATES DISTRICT JUDGE