HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
Mr. Campbell

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DESHAWN OSHAEA CAMPBELL,<br><br>Defendant. | Case No. 2:21-CR-92-DJC<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER FOR TEMPORARY RELEASE FROM CUSTODY TO ATTEND A FAMILY MEMBER'S FUNERAL SERVICE**<br><br>Date:<br>Time:<br>Judge: Hon. Jeremy D. Peterson |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Justin Lee, Assistant United States Attorney, counsel for Plaintiff, and Heather E. Williams, Federal Defender, through Assistant Federal Defender Hootan Baigmohammadi, counsel for Defendant Deshawn Oshaea Campbell, that compelling reasons exist pursuant to 18 U.S.C. § 3142(i) for Mr. Campbell to be ordered temporarily released from custody at CVA on Thursday, December 28, 2023 at 3:00 p.m. to attend the funeral service of his grandmother, Beulah Johnson. Mr. Campbell is a pre-trial detainee, and the government has no opposition to this temporary release under the terms and conditions in this stipulation.

Mr. Campbell's grandmother took custody of and raised Mr. Campbell from when he was a very young age. She was his mother for all intents and purposes. Her funeral service will be held on Saturday, December 30, 2023 at 1:00 p.m. at Dolores Park Church in San Francisco, California. *See* Exhibit A, *Email Confirmation*; see also Exhibit B, *Letter from Sutter Health*

(confirming Mr. Campbell's relationship with his grandmother and that she was critically ill as of November 27, 2023).

The parties specifically stipulate to the following conditions of temporary pretrial release for Mr. Campbell.

1. Mr. Campbell shall be released from pretrial custody at CVA to the third-party custody of his mother, Latonya Johnson, and sister, Brittany Carpentar on Thursday, December 28, 2023 at 3:00 p.m.
2. Upon release, Mr. Campbell shall review and sign the Notice to Defendant Being Released (attached as Exhibit C) and file it on the docket.
3. Mr. Campbell shall remain in either Ms. Johnson's or Ms. Carpentar's custody at all times.
4. Mr. Campbell must reside at Ms. Johnson's and Ms. Carpentar's residence located at 1535 Eddy Street, #403, San Francisco, California.
5. Ms. Johnson and Ms. Carpertar shall return Mr. Campbell to CVA custody no later than Sunday, December 31, 2023 at 5:00 pm.
6. Mr. Campbell shall abide by all conditions the Court imposes.
7. Ms. Johnson and Ms. Carpertar shall report any pretrial release violations committed by Mr. Campbell to pretrial services.

//

//

//

//

//

//

//

//

//

Respectfully submitted,

DATED: December 22, 2023

HEATHER E. WILLIAMS
Federal Defender

*/s/ Hootan Baigmohammadi*
HOOTAN BAIGMOHAMMADI
Assistant Federal Defender
Attorneys for Vincent Jose Vasquez

DATED: December 22, 2023

PHILLIP A. TALBERT
United States Attorney

*/s/ Justin Lee*
JUSTIN LEE
Assistant United States Attorney
Attorneys for Plaintiff

**ORDER**

GOOD CAUSE APPEARING, the Court adopts the attached stipulation in its entirety and orders the temporary release of Mr. Campbell under the terms and conditions stipulated to by the parties.

IT IS SO ORDERED.

Dated: December 22, 2023

Hon. Jeremy D. Peterson
United States Magistrate Judge