**FILED**
December 26, 2023
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DESHAWN OSHAEA CAMPBELL,<br><br>Defendant. | Case No. 2:21-cr-00092-DJC,<br><br>**ORDER FOR TEMPORARY RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to temporarily release <u>DESHAWN OSHAEA CAMPBELL,</u> Case No. <u>2:21-cr-00092-DJC</u>, Charge <u>18 U.S.C. § 922(g)(1)</u>, from custody for the following reasons:

    _____   Release on Personal Recognizance

    _____   Bail Posted in the Sum of $ _____

    _____   Unsecured Appearance Bond $ _____

    _____   Appearance Bond with 10% Deposit

    _____   Appearance Bond with Surety

    _____   Corporate Surety Bail Bond

    **X**   (Other): <u>The defendant is ordered temporarily released from pretrial custody at 3:00 p.m. on Thursday, December 28, 2023, to the custody of Ms. Latonya Johnson and Ms. Brittany Carpentar, and is further ordered to surrender himself to the CVA no later than 5:00 p.m. on Sunday, December 31, 2023.</u>

Sacramento County Jail is further ORDERED to release the defendant with a 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on December 26, 2023 at 9:54 a.m.

*/s/ Jeremy Peterson*
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE