UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DESHAWN OSHAEA CAMPBELL,<br><br>Defendant. | No. 2:21-cr-00092-DJC |
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DESHAWN OSHAEA CAMPBELL and ROCHELLE PASLEY,<br><br>Defendants. | No. 2:23-cr-00322-DJC<br><br>ORDER RELATING CASES |

The Government of the United States of America has filed a notice of related cases in both of the above-captioned actions. Examination of these actions reveals that they are related within the meaning of Local Rule 123(a).  L.R. 123(a) (Mar. 1,

2022).  Here, "both actions involve the same parties and are based on the same or similar claim[,]" L.R. 123(a)(1), because "evidence resulting from the search of the Citrus Heights residence [where the Defendants lived]  is integral in both of the above-captioned cases."  (Not. Related Cases (ECF No. 75) at 2, *United States v. Campbell*, No. 2:21-cr-92; Not. Related Cases (ECF No. 7) at , *United States v. Campbell, et al.*, No. 2:23-cr-322.)  In the first filed case, the Defendant is charged with being a felon in possession, and the firearm at-issue was discovered during a search of the Defendant's Citrus Heights residence.  (*See id.*)  The search that produced the firearm at-issue in the first-filed case "was executed during the investigation of the [unemployment] fraud case set forth in the indictment in 2:23-CR-0322-DJC."  (*Id.*)  Accordingly, the assignment of these matters to the same judge is likely to effect a substantial savings of judicial effort and is likely to be convenient to the parties.

The parties should be aware that relating cases under Local Rule 123 causes the actions to be assigned to the same judge; it does not consolidate the actions. Here, both cases are already assigned to the same judge so no further action is required.

IT IS SO ORDERED.

Dated:  **February 12, 2024**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

2